# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DARLENE D. JACKSON,<br>　　Plaintiff(s),<br>v.<br>PLUSFOUR, INC.,<br>　　Defendant(s). | Case No. 2:21-cv-01360-JCM-NJK<br>**Order** |

In light of the parties' notice of settlement, Docket No. 22, the settlement conference is VACATED. Dismissal papers must be filed by July 18, 2022.

IT IS SO ORDERED.

Dated: June 6, 2022

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge